UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:11-cv-14198

LEO W. DESMOND,

        Plaintiff,

v.

WEST ASSET MANAGEMENT, INC.,

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, West Asset Management, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        /s/ Dayle M. Van Hoose
        Dayle M. Van Hoose, Esq.
        Florida Bar No.: 0016277
        Kenneth C. Grace, Esq.
        Florida Bar No.: 0658464
        Sessions, Fishman, Nathan & Israel, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618
        Telephone:   (813) 890-2463
        Facsimile:   (866) 466-3140
        dvanhoose@sessions-law.biz
        kgrace@sessions-law.biz

>Attorneys for Defendant,
>West Asset Management, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of August 2011, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

>Scott D. Owens, Esq.
>Law Office of Scott D. Owens
>2000 East Oakland Park Boulevard, Suite 106
>Ft. Lauderdale, FL  33306

>/s/ Dayle M. Van Hoose
>Attorney

\\sfnfs02\prolawdocs\7989\7989-28088\Desmond, Leo W\530693.doc