UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  11-cv-14198-JEM

LEO W. DESMOND, individually,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC.,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, LEO W. DESMOND, hereby files this, his Notice of Voluntary Dismissal of the above-styled cause as to Defendant, WEST ASSET MANAGEMENT, INC., with prejudice. Each side shall bear their own fees and costs except as otherwise agreed to by the respective parties.

Respectfully submitted,

SCOTT D. OWENS, ESQ.
*Attorney for Plaintiff*
2000 E. Oakland Park Blvd.
Suite 106
Ft. Lauderdale, FL 33306
Telephone:  954-306-8104
Facsimile:  954-337-0666
scott@scottdowens.com

By: /s/ Scott D. Owens
Scott D. Owens, Esq.
Florida Bar No. 0597651

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 14th day of September 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 14th day of September 2011 via Email to: dvanhoose@sessions-law.biz, Dayle Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.C., Attorney for Defendant, 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618, via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

SCOTT D. OWENS, ESQ.
*Attorney for Plaintiff*
2000 E. Oakland Park Blvd.
Suite 106
Ft. Lauderdale, FL 33306
Telephone: 954-306-8104
Facsimile: 954-337-0666
scott@scottdowens.com

By: /s/ Scott D. Owens
Scott D. Owens, Esq.
Florida Bar No. 0597651