UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: **11-14198-CIV-MARTINEZ-LYNCH**

LEO W. DESMOND, individually,

    Plaintiff,

vs.

WEST ASSET MANAGEMENT, INC., a
foreign corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (D.E. No. 8). It is:

**ADJUDGED** that this action is DISMISSED with prejudice with each side bearing its own fees and costs except as otherwise agreed to by the respective parties. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of September, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record